## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TYPHOON IP LLC,** | |
| Plaintiff, | Civil Action No.: 1:21-cv-00322-CFC |
| v. | |
| **NNG LLC,** | TRIAL BY JURY DEMANDED |
| Defendant. | |

## REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT NNG LLC

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Typhoon IP LLC (hereinafter referred to as "Plaintiff"), by and through undersigned counsel, hereby respectfully requests that the Clerk enter a default as to Defendant NNG LLC, (hereinafter referred to as "Defendant"), on the basis that Defendant has failed to timely answer or otherwise respond to Plaintiff's Complaint (D.E. 1) in this action despite being properly served. In support of this request, Plaintiff files herewith the Affidavit of Jimmy Chong.

| | |
|---|---|
| Dated: July 16, 2021 | CHONG LAW FIRM PA |
| Of counsel: | */s/ Jimmy Chong*<br>Jimmy Chong (#4839) |
| Howard L. Wernow (*Pro hac vice*)<br>Sand, Sebolt & Wernow Co., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>Email: howard.wernow@sswip.com | 2961 Centerville Road – Suite 350<br>Wilmington, Delaware 19808<br>Telephone: (302) 999-9480<br>Facsimile: (877) 796-4627<br>chong@chonglawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 16 day of July, 2021, the foregoing Request for Entry of Default and Affidavit in Support of Request for Entry of Default was sent to the Defendant, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

                                                */s/ Jimmy Chong*
                                                Jimmy Chong (#4839)